# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LEOBARDO VALLADARES,<br><br>   Petitioner,<br><br>   v.<br><br>CRAIG KOENIG, Warden,<br><br>   Respondent. | ) Case No. 8:19-cv-00487-JLS (JDE)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


Dated: January 19, 2020

              _____
              JOSEPHINE L. STATON
              United States District Judge